**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 29 2016

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - KK

Fill in this information to identify your case:

United States Bankruptcy Court for the:
__Northern__ District of __Illinois__
(State)

Case number (if known): _____

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Jarvis (First name)<br>Lydell (Middle name)<br>Williams (Last name)<br>_____ (Suffix Sr., Jr., II, III) | _____ First name<br>_____ Middle name<br>_____ Last name<br>_____ Suffix |
| 2. All other names you have used in the last 8 years<br>Include your married or maiden names. | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name | _____ First name<br>_____ Middle name<br>_____ Last name<br><br>_____ First name<br>_____ Middle name<br>_____ Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 6801<br>OR<br>9xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 1

Debtor 1 **Jarvis Lydell Williams**
First Name  Middle Name  Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>Business name _____<br><br>Business name _____<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ |
| 5. Where you live | **1495 Cambria Dr**<br>Number  Street<br><br>**Dekalb    Ill   60115**<br>City                State   ZIP Code<br><br>**Dekalb**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>Number  Street<br><br>P.O. Box<br><br>City                State   ZIP Code | If Debtor 2 lives at a different address:<br><br>Number  Street<br><br>City                State   ZIP Code<br><br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>Number  Street<br><br>P.O. Box<br><br>City                State   ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | Check one:<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 2

Debtor 1 __Jarvis Lydell Williams__    Case number (if known)_____
      First Name   Middle Name   Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [ ] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [x] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes. District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes. Debtor _____ Relationship to you _____
  District _____ When __/__/____ Case number, if known _____

  Debtor _____ Relationship to you _____
  District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

- [x] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 3

Debtor 1  Jarvis Lydell Williams                     Case number (if known) _____
          First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any _____

Number   Street _____

_____

City _____  State ____  ZIP Code _____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number   Street

_____

City _____  State ____  ZIP Code _____

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 4

Debtor 1  Jarvis Lydell Williams

First Name    Middle Name    Last Name

Case number (if known)_____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

    **About Debtor 1:**

    You must check one:

    ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

    ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

    ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

    ☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

    **About Debtor 2 (Spouse Only in a Joint Case):**

    You must check one:

    ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

    ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

    ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

    ☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Jarvis Lydell Williams__  Case number (if known) _____
        First Name   Middle Name   Last Name

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____ [illegible/struck through] _____

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☑ Yes

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Jarvis L. Williams_      X _____
Signature of Debtor 1                 Signature of Debtor 2

Executed on _7 / 23 / 2016_      Executed on _____
        MM / DD / YYYY                  MM / DD / YYYY

Debtor 1  __Jarus Lydell Williams__  Case number *(if known)* _____
       First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____  Date _____
Signature of Attorney for Debtor                MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number  Street

_____

_____  _____  _____
City                                              State      ZIP Code

Contact phone _____  Email address _____

_____  _____
Bar number                                    State

Debtor 1 __Jarvis Lydell Williams__
         First Name    Middle Name    Last Name

Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X __Jarvis L Williams__      X _____
Signature of Debtor 1                Signature of Debtor 2

Date __07/23/2016__     Date _____
    MM / DD / YYYY                 MM / DD / YYYY

Contact phone __815-901-0523__     Contact phone _____

Cell phone __779-777-6305__     Cell phone _____

Email address __Jarvislwilliams48@gmail.com__     Email address _____

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                          )
                                )
                                )
                                )
                                )       Case No.
    Debtor (s)                  )
                                )       Chapter
                                )
                                )

List of Creditors

| | |
|---|---|
| Harris & Harris, Ltd     1,374.38<br>111 West Jackson Boulevard, Suit 400<br>Chicago, Ill 60604-4135 c/o<br>Lake County Circuit Court Clerk | First National Collection Bureau, Inc<br>610 Waltham Way<br>Sparks, NV 89434<br>Account Number 517 800 6317015446<br>c/o First Premier Bank   $462.47 |
| Arnold Scott Harris, P.C    880.79<br>Attorney At Law / Acc. Number<br>41272546<br>111 West Jackson Boulevard Suit 600<br>Chicago Ill 60604-4135 c/o<br>McHenry County Circuit Court | Medicare Premium Collection Center<br>P.O. Box 790355   734.30<br>St. Louis, MO 63179-0355 c/o<br>US. Department of Health Human<br>Services Center for Medicare & Medicaid Services |
| Account Number 48237389   522.68<br>Arnold Scott Harris, P.C<br>Attorneys At Law<br>111 West Jackson Boulevard, Suit 600<br>Chicago, Ill 60604-4135 / c/o<br>Boone County State Attorney Circuit Court Clerk | Harvard Collection Services Inc<br>4839 N Elston Avenue<br>Chicago Ill 60630-2534 c/o<br>Il Dept of Human Svcs<br>Identification Number 22261288/333.00 |
| Account Number 101228160   6,057.41<br>Performant Recovery Inc.<br>P.O Box 9054<br>Pleasanton, CA 94566-9054 c/o<br>US Department of Education | Affiliated Credit Services<br>P.O. Box 7739<br>Rochester MN 55903-7739 c/o<br>Shopko Stores<br>Account 1007203I    82.10 |
| Account Number 6610228160   5,944.89<br>Performant Recovery Inc<br>333 North Canyons Parkway Suit 100<br>Livermore, CA 94551 c/o<br>US. Department of Education | Armand Law Group, PLLC<br>8668 Spring Mountain Rd, Suit 110<br>Las Vegas, NV 89117-4113 c/o<br>Certegy Check Services Inc<br>Account 4219-030403    96.15 |

333

Debtor/Joint Debtor's Name: Jarvis Wdell Williams

| | |
|---|---|
| Nicor Gas  251.88<br>P.O. Box 2020<br>Aurora, IL 60507-2020<br>Account Number 78-31-75-0641 | Peoples Gas  211.00<br>130 E. Randolph St<br>Chicago IL 60601-6207<br>Account Number 5500048409 |
| Frontier Communications 279.00<br>19 John St<br>Middletown NY 10940-4918<br>Account Number 8153231844011 | Trident Asset Management, LLC<br>5755 N Point Pkwy Ste<br>Alpharette GA. 30022-1136<br>Account Number 900844  91.00 |
| US Department of Edu. AFSA<br>P.O. Box 7202   2,797<br>Utica NY 13504-7202<br>Account Number 70000186810 | US Department of Edu AFSA<br>P.O. Box 7202   875.00<br>Utica NY 13504-7202<br>Account Number 70000186810 |
| US Department of Edu. AFSA<br>P.O. Box 7202   3,808<br>Utica NY 13504-7202<br>Account Number 330646 | US Department of Education<br>PO Box 5609<br>Greenville TX 75403-5609<br>Account Number 1163  3,906.00 |
| US Department of Edu.<br>P.O. Box 5609<br>Greenville TX 75403-5609<br>Account Number 1162  4114 | Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville FL. 32241 c/o Sprint<br>Account Number 64907260  749.00 |
| Mutual Management Services Co<br>7177 Crimson Ridge Dr Ste 10  $1000<br>Rockford IL. 61107 c/o Swedish American Medical Medicare<br>Account Number MM505326400140930 | Rockford Mercantile   347.00<br>2502 S. Alpine Rd<br>Rockford IL 61108 / c/o OSF St Anthony Medical<br>Account Number 4112600042275 |
| Rockford Mercantile  121.00<br>2502 S Alpine Rd<br>Rockford IL 61108 c/o Belvidere Shell<br>Account Number 521136000 211 | Rockford Mercantile   108.00<br>2502 S. Alpine Rd<br>Rockford IL 61108 c/o Buckley Mobil<br>Account Number 523136000 27 |
| Rockford Mercantile  102.00<br>2502 S Alpine Rd<br>Rockford IL 61108 c/o Logan Ave Mobil<br>Account Number 524136000 27 | Rockford Mercantile   103.00<br>2502 S Alpine Rd<br>Rockford IL 61108 c/o Alpine Mobil<br>Account Number 528136000 27 |
| Rockford Mercantile  66.00<br>2502 S Alpine Rd<br>Rockford IL 61108 c/o North Main Mobil<br>Account Number 525/36000 27 | Rockford Mercantile  104.00<br>2502 S Alpine Rd<br>Rockford IL 61108 c/o Alpine Mobil<br>Account Number 529136000 27 |

Debtor/Joint Debtor's Name: Jarvis Lydell Williams

| | |
|---|---|
| Rockford Mercantile   174.00<br>2502 S Alpine Rd<br>Rockford IL 61108 C/O Alpine Mobil<br>529136000027 | Rockford Mercantile   ~~58.00~~  77.00<br>2502 S Alpine Rd<br>Rockford IL 61108 C/O Alpine Mobil<br>Account Number 529136000027 |
| Rockford Mercantile   484.00<br>2502 S Alpine Rd<br>Rockford IL 61108 C/O OSF<br>Lifeline Ambulance LLC<br>Account Number 722116000422274 | Mutual Management Svc<br>1177 Crimson Ridge Drive Suite #10<br>Rockford, IL 61107  C/O Alpine Bank<br># MMS00998460001151   $2,854 |
| Southwest Credit Systems  525.00<br>4120 International Pkwy #1100<br>Carrollton TX 75007 C/O Comcast<br>Account Number 42443596 | People Gas   $583.00<br>200 East Randolph<br>Chicago, IL 60601<br>Account # 55000406 |
| The Affiliated Group C/O Shopko Stores<br>3055 41st St NW STE 100<br>Rochester, MN 55901   82.00<br>Acct 1007 | H+R Accounts, Inc. C/O Kishwaukee Hospital<br>5320 22nd Ave.<br>PO Box 672<br>Moline, IL 61266<br>Acct # 7666119   $1,134.00 |
| The Affiliated Group C/O Shopko Stores<br>3055 41st St NW STE 100<br>Rochester MN 55901   92.00<br>Acct number # 1007 | Aurora Radiology Consultants-<br>DeKalb, LLC<br>PO Box 5922<br>Carol Stream, IL 60197<br>$58.00 |
| Trident Asset. Com C/O Big Foot 0041<br>P.O. Box 888424<br>Atlanta, GA 30356   95.00<br>Account number 900844 | |
| Trident Asset. Com C/O Big Foot 0041<br>P.O. Box 888424<br>Atlanta, GA 30356   93.00<br>Account Number 900844 | |
| Trident Asset. Com C/O Big Foot<br>P.O. Box 888424   $91.00<br>Atlanta GA 30356<br>Account Number 900844 | |
| Trident Asset. Com C/O Big Foot 0041<br>P.O. Box Atlanta, GA<br>30356   91.00<br>Account Number 900844 | |